# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PAUL FARRELL, )<br>   Plaintiff, )<br>)<br>v. )<br>)<br>KINDER MORGAN G.P., INC., )<br>   Defendant. ) | Case No. 5:19-cv-04085-HLT-GEB |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Paul Farrell stipulates to dismissal of this action *with prejudice*, with each party to bear its or his own costs. All parties who have appeared have signed this Stipulation of Dismissal.

Plaintiff respectfully requests entry of this honorable Court's order of dismissal with prejudice to give effect to this Agreed Stipulation, terminating proceedings in this matter.

Respectfully submitted,

*/s/ Larry G. Michel*
**Larry G. Michel** #014067
**KENNEDY BERKLEY YARNEVICH &
WILLIAMSON, CHARTERED**
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS 67402-2567
(785) 825-4674
(785) 825-5936
lmichel@kenberk.com

**ATTORNEYS FOR PLAINTIFF**

1

| | |
|---|---|
| **OF COUNSEL:**<br><br>**Teresa Valderrama**<br>Texas Bar No. 20422500<br>**Hollie L. Reiminger**<br>Texas Bar No. 24060559<br>**FISHER & PHILLIPS LLP**<br>910 Louisiana Street, Suite 4000<br>Houston, Texas 77002<br>Phone:  713.292.0150<br>Facsimile:  713.292.0151<br>tvalderrama@fisherphillips.com<br>hreiminger@fisherphillips.com | Respectfully submitted,<br><br> /s/ *James R. Holland II*    <br>**James R. Holland II,** KS Bar No. 17796<br>**FISHER & PHILLIPS LLP**<br>4900 Main Street, Suite 650<br>Kansas City, MO 64112<br>Phone:  816.842.8770<br>Facsimile:  816.842.8767<br>Email:  jholland@fisherphillips.com<br><br>**COUNSEL FOR DEFENDANT**<br>**KINDER MORGAN INC.** |

:

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **AGREED STIPULATION OF DISMISSAL** was filed on July  15, 2020 with the authorization of Plaintiff's attorneys and in accordance with the e-filing protocols of the United States District Court for the District of Kansas, and it therefore has been served on all counsel of record consistent with those protocols.

/s/ ***James R. Holland***    
Attorney for Defendant